# "Exhibit A"





ACCEPTED

February 1, 2026



**BONIAL & ASSOCIATES, P.C.**

January 17, 2026

**Bonial & Associates, P.C.**
14841 Dallas Parkway, Suite 350
Dallas, TX 75254
Main: (972) 643-6600
Fax: (972) 643-6699

To: CHANEE T COLEMAN
15538 KIPLANDS BEND DRIVE
HOUSTON, TX 77014-1535

**ACCEPTED**

RE:     Property Address: 15538 KIPLANDS BEND DRIVE, HOUSTON, TX 77014-1535
        BPC File: 9658-1904     *CC̶̶ February 1, 2026*

**Bonial & Associates, P.C. is a debt collector.** We are trying to collect a debt owed to Idaho Housing and Finance Association, as servicer for Idaho Housing and Finance Association. We will use any information you give us to help collect the debt.

### Our information shows:

You have a mortgage loan with Idaho Housing and Finance Association, as servicer for Idaho Housing and Finance Association with a loan number of 4850104102.

| | |
|---|---|
| As of 05/01/2024 the amount owed is: | $131,591.20 |
| Between 05/01/2024 and today: | |
| Interest was charged in the amount of: | + $7,193.39 |
| Fees were charged in the amount of: | + $11,113.63 |
| You paid or were credited this amount toward the debt: | - $800.00 |
| **Total amount of the payoff 01/31/26:** | **$149,098.22** |

### How can you dispute the debt?

- **Call or write to us by February 24, 2026, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by February 24, 2026,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

### What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by February 24, 2026, we must stop collection until we send you that information. You may use the form below or write to us without the form.
- Go to **www.cfpb.gov/debt-collection** to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact Idaho Housing and Finance Association, as servicer for Idaho Housing and Finance Association about your payment options.

**Notice:** **See following page for important information.**

If you have received a discharge of this debt or if there is presently a stay in effect under bankruptcy law, this letter is

not a demand for payment of the captioned debt or a notice of personal liability, but rather is for informational purposes only.

PLEASE SEE THE FOLLOWING PAGE FOR AN OPTIONAL RESPONSE FORM.

**ACCEPTED**

February 1, 2026

**Mail this form to:**
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, TX 75254

CHANEE T COLEMAN
15538 KIPLANDS BEND DRIVE
HOUSTON, TX 77014-1535

**How do you want to respond?**

*Check all that apply:*

☐ **I want to dispute the debt because I think:**

    ☐ This is not my debt.

    ☐ The amount is wrong.

    ☐ Other (Please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I have enclosed this amount $_____**

*Make your check payable to Bonial & Associates, P.C. Include the file reference 9658-1904.*

**ACCEPTED**

*February 1, 2026*

CERTIFIED MAIL



quadient

FIRST-CLASS MAIL
IMI
**$009.15** ⁰
02/16/2026 ZIP 75254
043M31241330

US POSTAGE

773 NFE 1   925I0002/19/26
NOTIFY SENDER OF NEW ADDRESS
COLEMAN
PO BOX 682913
HOUSTON TX 77268-2913

INT    BC: 77268291313    *0493-03368-19-32

77268>2913

## USPS CERTIFIED MAIL



9214 8901 9403 8357 0590 67

Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 300
Dallas TX 75254

CHANEE T COLEMAN
15538 KIPLANDS BEND DRIVE
HOUSTON TX 77014-1535

**ACCEPTED**

February 27, 2026

Certified

Case Number 512-3101507-703

**ACCEPTED**



February 27, 2026

Case Number 512-3101507-703

File Number 9658-1904 Page 1 of 7



BONIAL & ASSOCIATES, P.C.

February 16, 2026

**Bonial & Associates, P.C.**
14841 Dallas Parkway, Suite 350
Dallas, TX 75254
Main: (972) 643-6600
Fax: (972) 643-6699

## NOTICE TO OCCUPANT OF PENDING ACQUISITION

CHANEE T COLEMAN
15538 KIPLANDS BEND DRIVE
HOUSTON, TX 77014-1535

**ACCEPTED**

*CO* ——— February 27, 2026

Case Number: 512-3101507-703

AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA.
ESTO ES UN AVISO MUY IMPORTANTE. SI NO ENTIENDE EL CONTENIDO, OBTENGA UNA TRADUCCION INMEDIATAMENTE. SI USTED NO RESPONDE DENTRO DE VEINTE (20) DÍAS, PUEDE QUE TENGA QUE MUDARSE DE LA CASA O APARTAMENTO EN QUE VIVE.

Dear CHANEE T COLEMAN:

Idaho Housing and Finance Association, which if it is not the Current Mortgagee, is acting as the Mortgage Servicer and representing the Current Mortgagee pursuant to a Mortgage Servicing Agreement.

The mortgage for the property in which you are living is in foreclosure as a result of the property owner's default. Within the next 60 to 90 days, title to the property is expected to be transferred to Idaho Housing and Finance Association. Some time thereafter, ownership of the property will probably be transferred to the Secretary of Housing and Urban Development (HUD).

HUD generally requires that there be no one living in properties conveyed to the Secretary as a result of a foreclosure. As the Federal Housing Administration's (FHA) single family program is a mortgage insurance program, it must sell all acquired properties and use the proceeds of sale to help replenish the FHA Mortgage Insurance Fund. It is not a rental program. There are other programs within HUD that assist in making rental housing available.

However, before Idaho Housing and Finance Association conveys the property to HUD, you may be entitled to remain in the property for some period of time, pursuant to federal, state, or local law. If applicable, a separate notice regarding occupancy rights will be provided to you when complete title to the property is transferred to Idaho Housing and Finance Association.

If you are not entitled to remain in the property under federal, state, or local law, you may nevertheless be eligible to remain in the property upon conveyance to HUD, if certain conditions are met, as described in the document "Conditions for Continued Occupancy" which is attached to this letter (Attachment 3). To be considered for continued occupancy upon conveyance to HUD, you must submit a written request to HUD **within 20 days of the date at the top of this letter or the property must be vacated before the time HUD is scheduled to acquire it. Oral requests will not be accepted.**

Please use the enclosed, Form HUD-9539, Request for Occupied Conveyance (Attachment 1) in making your request, as it gives HUD information it needs to make its decision. You must send your request and the enclosed Request for Verification of Employment (Attachment 2) to Residential Enhancements, Inc., Attention: Mortgagee Compliance Manager, HUD's Mortgagee Compliance Manager (MCM), at the following address: 6434 Lawrenceville Hwy, Tucker,

Case Number 512-3101507-703

File Number 9658-1904  Page  2 of 7

GA 30084. As the occupant requesting the occupied conveyance, you have sole responsibility for submission of a signed Verification of Employment form with your Occupied Conveyance request.

If you or a member of your household suffers from an illness or injury that would be aggravated by the process of moving from the property, please also provide supporting documentation of the illness or injury. This documentation must include a projection of the date that the individual could be moved without aggravating the illness or injury and a statement by a state-certified physician establishing the validity of your claim.

Please ensure that you include all required documentation with your request; **incomplete requests will be denied**. Additional information that you wish to include with your request may be written on additional pages that you attach to the *Request for Occupied Conveyance* form.

If HUD approves your request to remain in the property, you will be required to sign a month-to-month lease and pay rent at the prevailing fair market rate. If HUD does not become owner of this property, any decision it may make with respect to your continued occupancy will no longer apply.

Your right to continued occupancy of the property under HUD's Occupied Conveyance policies will only be temporary, depending on the circumstances, as described in the attached document, Temporary Nature of Continued Occupancy (Attachment 4).

For assistance in finding affordable housing, you may wish to contact one or more of HUD's approved housing counseling agencies. These agencies usually provide services at little or no cost. A counselor may be able to recommend other organizations that can also be of assistance. If you have access to the Internet, you may locate a local housing counseling agency by visiting the following webpage: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. Alternatively, you may call the HUD Housing Counseling and Referral Line, weekdays between 9:00 am and 5:00 pm EST. The Referral Line telephone number is (800) 569-4287.

If you have any questions concerning this notice, please contact Idaho Housing and Finance Association at 208-331-4700.

**ACCEPTED**

Sincerely,

~February 27, 2026~ Bonial & Associates, P.C.

Attachments
**Attachment 1 (*Request for Occupied Conveyance* - form *HUD - 9539*)**
**Attachment 2 (*Request for Verification of Employment*)**
**Attachment 3 (*Conditions for Continued Occupancy*)**
**Attachment 4 (*Temporary Nature of Continued Occupancy*)**

*To the extent Bonial & Associates, P.C. is deemed a "debt collector" under federal law, this is an attempt to collect a debt and information obtained will be used for that purpose. If you are in bankruptcy or have received a bankruptcy discharge, this letter is for informational purposes only and is not intended to be an attempt to collect a debt or an act to collect, assess or recover any portion of the debt from you personally.*

*Assert and protect your rights as a member of the Armed Forces of the United States. If you or your spouse is serving on active military duty, including active military as a member of the Texas National Guard or the National Guard of another state, or as a member of a reserve component of the Armed Forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.*

Case 4:26-cv-04736    Document 1-1    Filed 06/11/26 in TXSB    Page 12 of 27

**ACCEPTED**
*February 27, 2026*

**Attachment 1** *(Request for Occupied Conveyance - Form HUD – 9539)*

# Request for Occupied Conveyance

**U.S. Department of Housing and Urban Development**
Office of Housing - Federal Housing Commissioner

OMB Approval No. 2502-0429 (exp. 12/31/2017)

Public reporting burden for this collection of information is estimated to average 0.25 hours per mortgagee and 0.5 hours per occupant, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Privacy Act Statement: The Department of Housing and Urban Development (HUD) is authorized to collect this information by 24 CFR 203.675 (b)(3). Section 165 of the Housing and Community Development Act of 1987, 42 U.S.C. 3543, requires persons applying for assistance under HUD programs to furnish his or her Social Security Number (SSN). The information will enable HUD to determine whether you qualify as a tenant, to maintain tenant rental accounts, and will provide the basis for facilitating the management and administration of the property disposition program. The information will be released to the local real estate broker who manages the property to facilitate property management. The information will be used to facilitate collection of overdue rents and may be released to collection agencies, consumer reporting and commercial credit agencies, and attorneys hired by the Department. It may also be released to appropriate Federal, State, and local agencies to facilitate collection of rent and, when relevant, to civil, criminal, or regulatory investigations or prosecutions. The information will not be otherwise disclosed or released outside of HUD, except as permitted or required by law. You must provide all of the information requested, including all SSNs you and all other household members age six (6) years of age and older, have and use. Giving the SSNs of all family members 6 years of age and older is **mandatory**; failure to provide the SSNs will affect your eligibility in the program. Failure to provide the requested information may result in a delay or rejection of your request to remain as an occupant.

This form does not supersede the Mortgagee's and/or Servicer's required compliance to the Protecting Tenants at Foreclosure Act (PTFA).

This form must be completed by the Occupant(s). When completed, send to HUD's Mortgagee Compliance Manager (MCM). The address, fax, or email information of HUD's current MCM can be found at http://www.hud.gov/offices/hsg/sfh/nsc/mcm.cfm or you can call 1-800-Call-FHA

| Property Address: | Unit No.: |
|---|---|
| City, State & Zip Code: | |

| Name of Mortgage Company (Lender): | Mortgage Loan No.: | FHA Case No.: |
|---|---|---|

Dear Sir:

I(We) desire to continue in occupancy as a tenant of this property if acquired by HUD. I(We) have lived in this property since _____ (please insert date). I(We) will sign a month-to-month lease and pay one month's rent within 15 days of the lease being presented to me(us). I(We) believe that I(we) can afford to make monthly rental payments. In my(our) opinion, this property, in its present condition is structurally sound, free from health and safety hazards, and is otherwise habitable.

You may contact me(us) for arranging a convenient time for HUD's required inspection at the following telephone number _____ or my(our) representative at _____ .
(HUD must be able to make contact during normal working hours.)
I(We) understand that HUD's approval of my(our) request will, in part, be based on my(our) ability to make monthly rental payments.
To assist HUD in making its determination, I(we) submit the following information concerning my(our) income:

| Occupant's Name: | Occupation: | Social Security No. | Gross Pay Per Month $ |
|---|---|---|---|
| Employer's Name and Address: | | | Employer's Telephone No. |
| Spouse's Name: | Occupation: | Social Security No. | Gross Pay Per Month $ |
| Employer's Name and Address: | | | Employer's Telephone No. |

Names and Social Security Nos. of all Other Household Members 6 yrs. or older:

| Other Family Income (explain): | Other Sources of Income (if any): |
|---|---|

**Obligations** (list all obligations including car loans, installment payments, and credit cards)

| Creditor's Name | Address (include city, State, & zip code): | Present Balance | Monthly Payment |
|---|---|---|---|
| | | $ | $ |
| | | | |
| | | | |
| | | | |
| | | | |

You have my(our) permission to contact any of the above for verification purposes.

| Occupant's Signature: | Spouse's Signature: | Date: |
|---|---|---|
| X | X | |

ref. Handbook 4310.5    form **HUD-9539** (11/10)

File Number 9658-1904  Page 4 of 7

**Attachment 2** *(Request for Verification of Employment)*

ACCEPTED

CA———— February 27, 2026

## Verification of Employment

| | |
|---|---|
| (Name of HOME Participating Jurisdiction) | Employed since: _____ Occupation: _____ |
| | Salary: _____ |
| | Effective date of last increase: _____ |
| | Base pay rate: |
| | $_____/Hour; or $_____/Week; or $_____/Month |
| | Average hours/week at base pay rate: _____ Hours |
| | No. weeks _____, or No. weeks _____ worked/Year |
| AUTHORIZATION: Federal Regulations require us to verify Employment Income of all members of the household applying for participation in the HOME Program which we operate and to reexamine this income periodically. We ask your cooperation in supplying this information. This information will be used only to determine the eligibility status and level of benefit of the household. | Overtime pay rate: $_____ /Hour |
| | Expected average number of hours overtime worked per week during next 12 months _____ |
| | Any other compensation not included above (specify for commissions, bonuses, tips, etc.): |
| | For: _____ $_____ per _____ |
| Your prompt return of the requested information will be appreciated. A self-addressed return envelope is enclosed. | Is pay received for vacation?  • Yes   • No |
| | If Yes, no. of days per year _____ |
| | Total base pay earnings for past 12 mos. $_____ |
| | Total overtime earnings for past 12 mos. $_____ |
| | Probability and expected date of any pay increase: _____ |
| | Does the employee have access to a retirement account?  • Yes   • No |
| | If Yes, what amount can they get access to: |
| | $_____ |
| RELEASE: I hereby authorize the release of the requested information. | |
| | Signature of _____ or Authorized Representative |
| _____ (Signature of Applicant) | _____ |
| Date: _____ | Title: _____ |
| or a copy of the executed "HOME Program Eligibility Release Form," which authorizes the release of the information requested, is attached. | Date:_____ |
| | Telephone: _____ |

WARNING:    Title 18, Section 1001 of the U.S. Code states that a person is guilty of a felony for knowingly and willingly making false or fraudulent statements to any department of the United States Government

**Attachment 3** *(Conditions for Continued Occupancy)*

ACCEPTED

*(signature)* February 27, 2026

### HUD's Occupied Conveyance Procedures
### CONDITIONS FOR CONTINUED OCCUPANCY

Unless eviction is prohibited by state or local law, or by circumstances beyond the control of your lender, the following conditions must be met before HUD can approve the occupied conveyance of an acquired property. HUD will determine whether these conditions have been met at HUD's sole and absolute discretion, pursuant to authority provided in FHA occupied conveyance regulations at 24 CFR §§ 203.670-681 and additional guidance provided by the Department:

1. You agree to sign a month-to-month lease at fair market rent at the time HUD acquires the property and on a form prescribed by HUD (note: if you qualify for continued occupation based on Item 6.b. below, you will need to pay one month's rent in advance at the time the lease is executed);

2. Your total housing cost (rent plus utility costs) will not exceed 38 percent of your net income. However, a higher percentage may be permitted if you have been paying at least the required rental amount or there are other compensating factors, such as savings or family assistance;

3. You agree to allow access to the property, during normal business hours and with two days advance notice, by HUD staff or HUD representatives (including real estate brokers) so that the property can be inspected, repaired, or shown to prospective purchasers;

4. You disclose the complete and accurate Social Security Number assigned to you and to each member of your household; and

5. You submit your request and supporting documentation within 20 days as provided in the attached Notice to Occupant of Pending Acquisition; and

6. **At least one of the following two sets of conditions has been met:**

   a. An individual residing in the property suffers from a permanent, temporary, or long-term illness or injury that would be aggravated by the process of moving from the property, **or**

   b. HUD determines that it is in HUD's interest to accept your continued occupation based on criteria described in 24 CFR § 203.671, provided that the property is habitable as described in 24 CFR § 203.673, and that at the time your lender acquires title to the property, you will have lived in the property for at least 90 days.





**ACCEPTED**

**On ———— February 27, 2026**

**Attachment 4 *(Temporary Nature of Continued Occupancy)***

### HUD's Occupied Conveyance Procedures
### TEMPORARY NATURE OF CONTINUED OCCUPANCY

This is to advise you that occupancy of HUD-owned property is temporary in all cases and is subject to termination to facilitate preparing the property for sale and completing the sale. Temporary means that your lease arrangement with HUD is subject to termination at the convenience of the government upon 30 days' notice, or otherwise in accordance with applicable law. You should not view your occupancy of the property as a permanent or long-term arrangement. It is HUD's policy to ask you to vacate the property and, if necessary, take appropriate eviction action for the following causes:

1. Your failure to execute the lease.

2. Your failure to pay the required rent, including the initial payment at the time of execution of the lease.

3. Your failure to comply with the terms of the lease.

4. Your failure to allow access to the property upon request to accomplish necessary repairs, inspect the property, or allow real estate brokers to show the property to prospective purchasers.

5. Necessity to facilitate preparation of the property for sale and for completion of the sale; or

6. Assignment of the property by HUD to a different use or program.

 Case Number 512-3101507-703

File Number 9658-1904  Page  7 of 7

# "Exhibit B"

ACCEPTED
05/26/2026

## Petition for Eviction from Residential Premises

Case No. 264100 217178

P.C.F. PROPERTIES IN TX, LLC
_____
Landlord (Plaintiff)

VS.

CHANEE T COLEMAN and/or ALL OCCUPANTS
_____
Tenant (Defendant)

§
§
§
§
§
§

IN THE **JUSTICE COURT** OF
Harris County, Texas, Precinct ___ Place ___
_____
_____

Name of Landlord (provide full legal name): ___P.C.F. PROPERTIES IN TX, LLC_____, referred to as "Plaintiff."

**Tenants.** 1. Name of Tenant (provide full legal name): ___CHANEE T COLEMAN_____.
Defendant may be served at (provide street address and telephone number, if known):
___15538 Kiplands Bend Dr, Houston, TX 77014-1535_____.
All other home and work addresses of this Defendant in Harris County that are known to the Plaintiff are:
_____

☒ Plaintiff knows of no other home or work addresses of this Defendant in Harris County.

2. Name of Tenant (provide full legal name): _____.
Defendant may be served at (provide street address and telephone number, if known):
_____

RECEIVED
MAY 1 8 2026
BY: ...ul...........

All other home and work addresses of Defendant in Harris County that are known to the Plaintiff are:

☐ Plaintiff knows of no other home or work addresses of this Defendant in Harris County. Tenant(s) are referred to as "Defendant.

**Premises.** Plaintiff seeks possession of following Premises (describe premises, i.e. house, apartment building, including street address):
___15538 Kiplands Bend Dr, Houston, TX 77014-1535_____

**Grounds for Eviction.** Plaintiff seeks to evict Defendant for the following reason:

☐ **Failure to pay rent:**
  Residential Lease: ☐ Written ☐ Oral  Beginning date of Lease: _____ End date of Lease: _____
  Rent: $_____ per _____ (e.g. month, week) Date of last rental payment: _____
  Total amount of rent due and unpaid on date of filing: $_____
  Rent subsidized by government: $_____ paid by _____; $_____ paid by the Defendant.

☐ **Violation of Lease:** Tenant violated Paragraph No._____ of the Lease by (describe violation): _____
_____

☐ **Holding over** after termination of right to possession: Date of notice of termination: _____

☒ **Foreclosure:** Plaintiff purchased the Premises at foreclosure on ___05/05/2026_____
  ☐ Plaintiff intends to live in the Premises as Plaintiff's primary residence.
  ☐ Defendant is a tenant of the former owner; End date of Lease: _____ Rent: $_____ per _____

**Notice to Vacate:** Date Notice to Vacate Delivered: _05/09/2026___ Manner of delivery _IN PERSON, REGULAR & CERTIFIED MAIL_

☐ **Attorney Fees:** Plaintiff seeks attorney fees as follows:
  Contractual: Lease (written) Paragraph No. _____ Amount of Attorney Fees claimed: $_____
  Statutory:  Written demand to vacate sent on: _____ Date received: _____ Attorney Fees claims: $_____

Plaintiff requests possession of the Premises, past due rent, if applicable, attorney's fees, if applicable, court costs, and such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

_____, President_____
Signature of Plaintiff, Plaintiff's Attorney or Authorized Agent
Address: ___6046 FM 2920 RD # 160_____
___Spring, TX 77379-2542_____
Daytime Telephone: __(281) 668-8723__ Fax Number: _____
State Bar No. _____

Rachanee Halaris            President
Printed Name                Title

☐ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.
  E-Mail Address: _____

THE STATE OF TEXAS      §
COUNTY OF HARRIS        §
SWORN TO BEFORE ME on __5/18/2026__, by __Rachanee_____ P.C.F. _____ TX LLC Plaintiff.

Clerk _____                    Notary Public

**PROPERTIES IN TX, LLC**

6046 FM 2920 Rd Ste 160,
Spring, TX 77379-2542
RETURN SERVICE REQUESTED

ACCEPTED
05/09/2026

IMPORTANT DOCUMENT

CHANEE T COLEMAN
15538 KIPLANDS BEND DR
HOUSTON, TX 77014-1535

 **PROPERTIES IN TX, LLC**

A TEXAS LIMITED LIABILITY COMPANY

6046 FM 2920 RD STE 160, Spring, TX 77379-2542
e-Mail: AR@PCFProperties.net

Phones: 832-413-1723 or 281-6688-PCF
Fax: 636-212-9452

**CHANEE T COLEMAN and/or ALL OCCUPANTS**
**15538 Kiplands Bend Dr**
**Houston, TX 77014-1535**
*MAILED VIA REGULAR AND CERTIFIED MAIL 9589 0710 5270 0037 7310 59*

**ACCEPTED**

*05/09/2026*

## FORMAL NOTICE TO VACATE

Saturday, May 9, 2026

Dear **Ms. Coleman (and/or All Occupants):**

Your residence at 15538 Kiplands Bend Dr was foreclosed upon at the trustee sale of May 5th, 2025 by the substitute trustee appointed by your lender. Our company, P.C.F. Properties In TX, LLC is the new owner of the property. You are now a tenant at sufferance pursuant to Section 22 of the Deed of Trust that led to the foreclosure.

Given this event, since May 5th, all the property holding costs, financial (cost of funds), property taxes (since the beginning of the year) and HOA Assessments, are now our responsibility.

**We are hereby giving you this written notice, per Chapter § 24.005 of the Texas Property code to vacate the premises and deliver them back to us in their original condition.**

This letter constitutes notice that you are required to VACATE THE PROPERTY and to remove all of your personal belongings **within three (3) days of the date of this letter**. If you fail to comply with this demand, and do not vacate the Property by the 4th day from the date of this letter, we may, at our option, file suit against you for actual damages, attorney fees and costs of court. *No further notice shall be given.*

Be advised that failure to take action, will result in a forcible detainer suit against you.

Cordially,

_____, DIRECTOR

P.C.F. Properties In TX, LLC
By Antony Halaris, Director of its Managing Member

ACCEPTED

05/26/2026

RP-2026-189746
05/15/2026   ER   $33.00

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

**TRUSTEE'S DEED
(BY SUBSTITUTE TRUSTEE)**

County: Harris

Deed Date:      May 5, 2026

Date of Sale:   May 5, 2026

Grantor:        Auction.com LLC, any to act as Substitute Trustee

Grantee:        P.C.F. Properties In TX, LLC

                6046 FM 2920 Rd, Unit Ste 160
                Spring, TX 77379

Consideration: $130,000.00

Property:

    LOT 45, IN BLOCK 2, OF BAMMEL VILLAGE SEC. 2, REPLAT NO. 1, AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED UNDER FILM CODE NO. 587230 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS

    WHEREAS, on June 13, 2018, CHANEE T. COLEMAN, A SINGLE PERSON granted, sold and conveyed the property described above (the "Property") to RICHARD A. RAMIREZ as Trustee, his/her/their successors or substitutes, in trust, to have and to hold, together with all and singular the rights and appurtenances thereto in any wise belonging to secure the payment of a Note(s) pursuant to a Deed of Trust recorded at Instrument RP-2018-266061 in the Real Property Records of Harris County, Texas to which reference is made for a detailed description of the note(s) and the terms and conditions of the Deed of Trust;

    WHEREAS, a default was declared in the payment obligations of the note(s) and Deed of Trust;

    WHEREAS, written notice of default and intention to accelerate was mailed to all debtors in default and at least twenty days (thirty days if required by the Deed of Trust) was given to cure the default before the debt was accelerated and a notice of sale was given;

    WHEREAS, the declared default was not resolved during the cure period provided;

    WHEREAS, the maturity date of the note(s) was accelerated and all sums secured by the Deed of Trust were declared to be immediately due and payable;

    WHEREAS, the original Trustee and any previously appointed Substitute Trustee were removed and Grantor was appointed and requested to serve as Substitute Trustee and to sell the property in accordance with the Deed of Trust and apply the proceeds of the sale to the indebtedness in accordance with the Deed of Trust;

    WHEREAS, written Notice of Acceleration and of Trustee's Sale was mailed to all debtors obligated on the debt, filed with the County Clerk and posted at the Courthouse door (and in two other public places if required) of Harris County, Texas, at least twenty-one days prior to the date of sale indicated above;

    WHEREAS, on the date of sale indicated above, between the hours of 10:00 AM and 4:00 PM and within three hours of the notice of earliest time of sale, Grantor proceeded to sell the property at public auction. The Bayou City Event Center, Magnolia South Ballroom, located at 9401 Knight Rd, Houston, TX 77045 OR AS DESIGNATED BY THE COUNTY COMMISSIONER'S OFFICE of Harris County, Texas and at 11, 54 AM struck off the property to the Grantee named above for the consideration described above, it being the highest bid;

    NOW, THEREFORE, by virtue of the authority conferred upon Grantor as Substitute Trustee as authorized by the Deed of Trust, and applicable law, and for the consideration described above, Grantor grants, sells and conveys the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to Grantee and its heirs, executors, administrators, successors or assigns forever, to have and to hold it to Grantee, and Grantor binds CHANEE T. COLEMAN, A SINGLE PERSON his/her/their heirs, assigns, executors, administrators and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors and assigns insofar as is authorized by the Deed of Trust, against every person whomsoever lawfully claiming or to claim the same or any part thereof. Grantor sells the property "As-Is" without any expressed or implied warranties of title to Grantee at Grantee's own risk, pursuant to the terms of Texas Property Code Section 51.009. *"SEE EXHIBIT A"*

9658-1904                    2147048987                    PG1                    TRDEED

**ACCEPTED**

05/26/2026

When the context requires, singular nouns and pronouns include the plural.

_____
Kelly Main, as agent for Auction.com LLC, any to act as Substitute Trustee

STATE OF TEXAS     §
                    §
COUNTY OF Wise    §

This instrument was acknowledged before me this 11 day of May 2026 by Kelly Main, as agent for Auction.com LLC, any to act, as Substitute Trustee.

_____
Notary Public

Reported Property Address:
15538 KIPLANDS BEND DRIVE
HOUSTON, TX 77014-1535

KIMBERLY KIRK
Notary Public, State of Texas
Comm. Expires 05-06-2030
Notary ID 135650553

Return to:
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 350
Dallas, TX 75254

RP-2026-189746

UNOFFICIAL COPY

9658-1904          2147048987          PG2          TRDEED

ACCEPTED

① 05/26/2026

## EXHIBIT A

### AFFIDAVIT OF COMPLETED FORECLOSURE

BEFORE ME, the undersigned authority, on this day personally appeared Raquel Alexander, who after having been duly sworn deposed and stated the following upon knowledge and belief:

1. I am a duly authorized agent of Bonial & Associates, P.C. ("Bonial"), attorney for Idaho Housing and Finance Association ("Mortgage Servicer"). My duties include providing various administrative services concerning matters referred to Bonial for foreclosure processing. I make this affidavit for the purposes of declaring the incidents of statutory and contractual compliance of the entities set out below.

2. This Affidavit concerns the May 5, 2026 foreclosure sale of that certain land and premises with a street address of 15538 KIPLANDS BEND DRIVE, HOUSTON, TX 77014-1535 and described in a Deed of Trust executed by CHANEE T. COLEMAN, A SINGLE PERSON and delivered in trust to RICHARD A. RAMIREZ, said Deed of Trust being executed on 06/13/2018, and filed for record in RP-2018-266083 in the Real Property Records of Harris County, Texas, to which reference is here made for a description of the terms and conditions of the Deed of Trust, the land and premises therein conveyed, and the promissory note being secured.

3. Bonial represents Idaho Housing and Finance Association, whose address is 565 W. Myrtle, Boise, ID 83702 which, if it is not the Current Mortgagee, is acting as the Mortgage Servicer and representing the Current Mortgagee pursuant to a mortgage servicing agreement concerning the Note dated 06/13/2018 and Deed of Trust described above.

4. Bonial was requested to pursue Foreclosure processing including the providing of this affidavit.

5. To the best of my knowledge and belief, proper notice was sent prior to acceleration of the indebtedness and all notices were served on the Debtor at the Debtor's last known address as shown by the records of the Mortgage Servicer.

6. To the best of my knowledge and belief, the mortgagors relative to the above described property either were not members of the Armed Forces of the United States of America and had not been members of any such entities for at least twelve (12) months prior to the date of the Trustee's Sale, or were not entitled to certain conditions of foreclosure afforded to members of the Armed Forces of the United States of America, and were alive on the date of such sale.

7. On behalf of the Current Mortgagee, and Mortgage Servicer, and Substitute Trustee(s), Bonial served a Notice of Acceleration and Notice of Trustee's Sale on every debtor obligated on the debt, in strict compliance with the Texas Property Code, by certified mail at least twenty-one (21) days prior to the date therein specified for sale at the last known address of each such debtor according to the records of the Mortgage Servicer.

8. On behalf of the Current Mortgagee, Mortgage Servicer, and Substitute Trustee(s), Bonial caused a Notice of Acceleration and Notice of Trustee's Sale to be filed with the County Clerk in the county or counties in which the subject property is situated and copies thereof to be posted at said courthouse(s) as required by law and in the manner specified by ordinance and custom.

_____
Raquel Alexander

THE STATE OF TEXAS      §
                        §
COUNTY OF DALLAS        §

Sworn to and subscribed before me, the undersigned Notary Public, on this day personally appeared Raquel Alexander, who is a duly authorized agent of Bonial & Associates, P.C., known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this ___ day of ___ May ___ 2026

_____
Notary Public in and for the State of Texas

Printed Name: Felicia Simpson
My Commission Expires: 4/4/29

Felicia Simpson
Notary Public, State of Texas
Notary ID 125908856
My Commission Exp. 04/04/2029

Affidavit of Completed Foreclosure.                    2147048987 / 9658-1904

**ACCEPTED**

05/26/2026

RP-2026-189746

RP-2026-189746

\# Pages 4

05/15/2026 08:29 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

TENESHIA HUDSPETH

COUNTY CLERK

Fees  $33.00



RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.





COUNTY CLERK
HARRIS COUNTY, TEXAS

ACCEPTED

05/26/2026



**UNITED STATES POSTAL SERVICE.**

.GREENS NORTH
1530 GREENSMARK DR
HOUSTON, TX 77067-9998
www.usps.com

05/09/2026                    11:57 AM

TRACKING NUMBERS
9589 0710 5270 0037 7310 28
9589 0710 5270 0037 7310 59
9589 0710 5270 0037 7310 42
9589 0710 5270 0037 7310 35

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Phillis Wheatley | 4 | $0.78 | $3.12 |
| First-Class Mail® Letter | 1 | | $0.78 |

Houston, TX 77038
Weight: 0 lb 0.30 oz
Estimated Delivery Date
Tue 05/12/2026

| | | | |
|---|---|---|---|
| Certified Mail® | | | $5.30 |

Tracking #:
9589 0710 5270 0037 7310 28

| Total | | | $6.08 |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

Houston, TX 77014
Weight: 0 lb 0.30 oz
Estimated Delivery Date
Tue 05/12/2026

| | | | |
|---|---|---|---|
| Certified Mail® | | | $5.30 |

Tracking #:
9589 0710 5270 0037 7310 59

| Total | | | $6.08 |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

Spring, TX 77379
Weight: 0 lb 0.30 oz
Estimated Delivery Date
Tue 05/12/2026

| | | | |
|---|---|---|---|
| Certified Mail® | | | $5.30 |

Tracking #:
9589 0710 5270 0037 7310 42

| Total | | | $6.08 |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

Spring, TX 77379
Weight: 0 lb 0.30 oz
Estimated Delivery Date
Tue 05/12/2026

| | | | |
|---|---|---|---|
| Certified Mail® | | | $5.30 |

Tracking #:
9589 0710 5270 0037 7310 35

| Total | | | $6.08 |
|---|---|---|---|

Grand Total:                    $27.44

| Credit Card Remit | $27.44 |
|---|---|

Card Name: VISA
Account #: XXXXXXXXXXXX1605
Approval #: 09634G
Transaction #: 123
AID: A0000000031010    Contactless
AL: VISA CREDIT
CAPITAL ONE VISA

# "Exhibit C"

**Case Number: 264100217178**

| | | |
|---|---|---|
| P.C.F Properties in TX, LLC | § | In the Justice Court |
| Plaintiff | § | Harris County, Texas |
| vs. | § | Precinct 4, Place 1 |
| Chanee T Coleman and/or All Occupants | § | 6831 Cypresswood Dr |
| Defendant | § | Klein Texas 77379-7700 |

**ACCEPTED**

05/26/2026

713-274-6550

www.jp.hctx.net

**Citation - Eviction**

I09/331U

THE STATE OF TEXAS, COUNTY OF HARRIS
TO: **ANY SHERIFF OR CONSTABLE OF TEXAS**

Deliver this Citation to the Defendant, or leave a copy with some person over the age of sixteen years at the Defendant's usual place of abode, at least four days before the day assigned for trial.

Chanee T Coleman and/or All Occupants
15538 Kiplands Bend Dr
Houston TX 77014
Phone Number:

Delivered this _26_ Day of ___May_ 20 _26_

**CONSTABLE MARK HERMAN**
Precinct 4, Harris County, Texas

By_____

and return this Citation at least one day before the day assigned for trial.

**TO THE DEFENDANT:**

**THIS IS A SUIT TO EVICT. YOU ARE COMMANDED** to appear for trial in Justice Court Precinct 4, Place 1 **on 6/8/2026 at 9:00 AM** to answer this eviction action.

**YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

Date Petition Filed: 05/18/2026

Nature of demand made by Plaintiff(s): Possession of the property known as **15538 Kiplands Bend Dr  Houston TX  77014**, and back rent of $0.00, together with attorney's fees, costs of court, interest as provided by law and general relief. A copy of the petition is attached.

You may request a jury and pay a jury fee in the amount of $22.00 no later than three (3) days before the trial date or three (3) days after you have been served with this citation and copy of the petition, whichever is later. If you timely make a demand for a jury trial, the case will be heard by a jury.

**SUIT TO EVICT**

This suit to evict involves immediate deadlines. A tenant who is serving on active military duty may have special rights or relief related to this suit under federal law, including the Servicemembers Civil Relief Act (50 U.S.C. App. Section 501 et seq.), or state law, including section 92.017, Texas Property Code. Call the State Bar of Texas toll-free at 1- 877-9TEXBAR if you need help locating an attorney. If you cannot afford to hire an attorney, you may be eligible for free or low-cost legal assistance. Failure to appear for trial may result in a default judgment being entered against you.

**DEMANDA PARA DESALOJAR**

Esta demanda para desalojar involucra plazos inmediatos. Un inquilino que esta en servicio militar activo puede tener derechos especiales o socorro en relación con este traje por la ley federal, incluidos los miembros del servicio civil relief actuar (50 u.s.c. app. Sección 501 y ss.) O la ley del estado, incluida la sección 92.017, Texas Código de la Propiedad. Llame al colegio de Abogados de Texas (State Bar of Texas), llamada gratuita al 1-877-9TEXBAR o 1-800-204-2222 si usted necesita ayuda para localizar a un abogado. Si no está a su alcance contratar a un abogado, usted pudiera ser elegible para asesoría legal gratuita o de bajo costo.

For more information, consult Rule 510 of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation, and www.TexasLawHelp.org.

Date: 5/18/2026

/s/ Linh Doan
Clerk of the Court
Harris County Justice Court
Precinct 4, Place 1

Address of Plaintiff

6046 Fm 2920 Rd
#160
Spring TX 77379

Address of Plaintiff's Attorney

JU7UW

Revised: 1/5/2026

05/26/2026

6-8-2026

CAUSE NUMBER: 264100217178

PLAINTIFF: P.C.F Properties in TX, LLC
VS
DEFENDANT: Chanee T Coleman and/or All Occupants

TRACKING NUMBER: G0400514
JUSTICE OF THE PEACE 4-1
HARRIS COUNTY, TEXAS

## OFFICER'S SWORN STATEMENT FOR AN ALTERNATIVE SERVICE UNDER RULE 510.8e

To the Honorable Judge of said Court:

As the law officer receiving the above Citation for service of process, I hereby request the Court to authorize alternative services under Rule 510.8e on the following named Defendant(s): Chanee T Coleman and/or All Occupants. I have made diligent efforts to serve such Citation on at least two occasions at the listed address, if any, of the Defendant(s) named below. Plaintiff has stated in the Plaintiff's Sworn Complaint that the Plaintiff knows of no other home or work address of Defendant(s) in this County. I attempted service under Rule 510.8e at the following places on the following dates at the following times and was unsuccessful and I have therefore satisfied the requirements of Rule 510.8e.

| Date | Time | Defendant(s) Name | Attempted Address | Service Attempt |
|------|------|-------------------|-------------------|-----------------|
| 5/21/2026 | 6:35AM | Chanee T Coleman and/or All Occupants | 15538 KIPLANDS BEND DR, HOUSTON, TX 77014 | No Answer |
| 5/20/2026 | 12:09PM | Chanee T Coleman and/or All Occupants | 15538 KIPLANDS BEND DR, HOUSTON, TX 77014 | No Answer |

Notary Public/Deputy Constable
State of Texas

KENDALL GUILLORY
Mark Herman, Constable Pct 4
Harris County

Sworn and subscribed to me on the __21__ day of __MAY__ , __2026__

## ORDER AUTHORIZING ALTERNATIVE SERVICE UNDER RULE 510.8e

The Court finds that KENDALL GUILLORY, who is the officer receiving the above Citation for service of process, has executed and filed a sworn statement pursuant to the requirements of Rule 510.8e regarding alternative service. This Court further finds that the officer was unsuccessful in serving Citation under Rule 510.8e and that all requirements for authorizing alternative service under Rule 510.8e have been met. Accordingly, such officer is hereby authorized to serve such Citation on the following Defendant: Chanee T Coleman and/or All Occupants according to the following procedures:

(510.8e2) If the judge authorizes service by delivery to the premises, the officer must, at least 4 days before the day set for trial: (510.8e2A.) deliver a copy of the citation with a copy of the Petition attached to the premises by placing it through a door mail chute or slipping it under the front door; if neither method is possible, the officer may securely affix the citation to the front door or main entry to the premises; and (510.8e2B.) deposit in the mail a copy of the citation with a copy of the Petition attached, addressed to defendant at the premises and sent by first class mail. (510.8e3) The officer must note on the return of service the date the citation was delivered and the date it was deposited in the mail. (510.8f1) At least one day before the day set for trial, the officer must complete and file a return of service with the court that issued the citation.

Signed and Entered this the _____ day of ___MAY 2 1 2026___ , _____

Judge L. Goodwin
JUSTICE OF THE PEACE 4-1
Harris County, Texas

ACCEPTED
MAY 2 1 2026