**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| P.C.F. Properties in TX, LLC | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26–cv–04736 |
| | § | |
| | § | |
| Chantee T Coleman | § | |

# Notice of Referral of Case
# to Magistrate Judge

      Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Dena Hanovice Palermo to hear and determine all pretrial matters in this case.

Date: June 16, 2026

                                          Nathan Ochsner, Clerk