## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

### NOTICE OF CASE FILING

Date Case filed:    **June 15, 2026**

Style of Case:    **P.C.F. Properties in TX, LLC**
**v.**
**Chantee T Coleman**

Case number:    **4:26−cv−04736**

District Judge assigned:    **Judge Alfred H. Bennett**

Nature of Claim:    **Complaint NOS 220**

Your case has been opened, and the above civil action number has been assigned to your case. All future filings or correspondence regarding your case must include this number.

Your application/motion to proceed in forma pauperis has been filed in the case and provided to the judge. When your application/motion is ruled on, you will be sent a copy of the order at the address you provided. If your address changes, you must notify the court in writing to ensure you receive orders and notices filed in the case. Additional guidance for pro se litigants is available on the court's public website at: www.txs.uscourts.gov/sites/txs/files/proseguide.pdf

If your application/motion is denied, you must pay the filing fee for your case to proceed.

It is your responsibility to prepare and have one summons issued for each of the defendants named in your complaint pursuant to Fed. R. Civ. P. 4. The AO 440 summons form is available on the U.S. Courts website, www.uscourts.gov, in the Forms section. You are also responsible for service of the summons and complaint unless otherwise ordered by the court. If you do not have summons issued and served within 90 days of the filing of your complaint, the court may dismiss it, ending your case.

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

### United States District Clerk's Office
### P.O. Box 61010
### Houston, TX 77208−1010

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: June 16, 2026

Nathan Ochsner, Clerk
By: J. Davenport, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| P.C.F. Properties in TX, LLC | § | |
| | § | |
| *versus* | § | Case Number: 4:26–cv–04736 |
| | § | |
| Chantee T Coleman | § | |

## NOTICE REGARDING CONSENT
## TO JURISDICTION OF A MAGISTRATE JUDGE

This Notice is to remind Parties of their right to consent to the jurisdiction of a Magistrate Judge to preside over all proceedings, including trials, and enter a final judgment in the same manner as a District Judge. Consent to the jurisdiction of Magistrate Judges improves the efficiency of the courts. The Judges of this Court encourage parties to consent to the jurisdiction of Magistrate Judges pursuant to 28 U.S.C. § 636(c).

Upon all parties' consent, the case will be transferred to the Magistrate Judge assigned to this case who will assume all the duties and powers of the District Judge, including the power to preside over jury trials and enter final judgment.

All parties are free to consent or withhold consent to Magistrate Judge jurisdiction without any adverse consequences.

Absent the parties' mutual consent to Magistrate Judge jurisdiction, District Judges may still refer any or all pretrial matters to Magistrate Judges pursuant to 28 U.S.C. § 636(b).

If all parties choose to consent, please execute the attached Consent form, and file it with the Clerk of Court. If all parties do not consent, no further action is necessary.

Date: June 16, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| _____, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| _____, | § | |
| | § | |
| Defendant(s). | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge preside over all further proceedings, including the trial and entry of final judgment pursuant to 28 U.S.C. § 636(c).

_____     _____

_____     _____

_____     _____

### ORDER OF TRANSFER TO MAGISTRATE JUDGE

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____        _____
Date                                              United States District Judge