United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| P.C.F. PROPERTIES IN TX, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04736 |
| | § | |
| CHANTEE T COLEMAN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is United States Magistrate Judge Dena H. Palermo's Report and Recommendation filed on July 8, 2026. Doc. #9. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court finds it does not have subject matter jurisdiction over this case. As such, this action is *sua sponte* REMANDED to the Justice Court of Harris County, Precinct 4, Place 1. All other pending motions are DENIED as MOOT.

The Court ORDERS that this case be ADMINISTRATIVELY CLOSED.

It is so ORDERED.

JUL 2 9 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge